RICHARD R. PATCH (State Bar No. 88049)
COURTNEY SHAW HUIZAR (State Bar No. 230324)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com,
ef-csh@cpdb.com

Attorneys for Plaintiff and Cross-Defendant
DMB ERSB LLC and Cross-Defendants
DMB REALCO, LLC, DMB COMMUNITIES,
LLC, and DMB COMMUNITIES II, LLC



IT IS SO ORDERED
Judge James Ware
7/31/2009

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DMB ERSB LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LONGWOOD SAN BENITO LLC, a California limited liability company,<br><br>Defendant.<br><br>and<br><br>EL RANCHO SAN BENITO LLC, a Delaware limited liability company,<br><br>Nominal Defendant. | Case No. CV 09-02003 JW<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFF/CROSS-DEFENDANT DMB ERSB, LLC AND CROSS-DEFENDANTS DMB REALCO, LLC, DMB COMMUNITIES, LLC, AND DMB COMMUNITIES II, LLC TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO DEFENDANT/CROSS-COMPLAINANT LONGWOOD SAN BENITO LLC'S FIRST AMENDED COUNTERCLAIM (N.D. CAL. CIV. L.R. 6-1(a))** |
| LONGWOOD SAN BENITO LLC, a California limited liability company,<br><br>Cross-Complainant,<br><br>v.<br><br>DMB REALCO, LLC, an Arizona limited liability company, DMB COMMUNITIES LLC, an Arizona limited liability company, DMB COMMUNITIES II LLC, an Arizona limited liability company, DMB ERSB LLC, an Arizona limited liability company, and DOES 1-50,<br><br>Cross-Defendants. | |

13703.003.1198988v1

1

STIPULATION EXTENDING TIME FOR CROSS-DEFENDANTS TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO FIRST AMENDED COUNTERCLAIM (N.D. CAL. L.R. 6-1(a))

**STIPULATION EXTENDING TIME FOR PLAINTIFF/CROSS-DEFENDANT DMB ERSB, LLC AND CROSS-DEFENDANTS DMB REALCO, LLC, DMB COMMUNITIES, LLC, AND DMB COMMUNITIES II, LLC TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO DEFENDANT/CROSS-COMPLAINANT LONGWOOD SAN BENITO LLC'S FIRST AMENDED COUNTERCLAIM (N.D. CAL. CIV. L.R. 6-1(a))**

Pursuant to the Northern District of California's Civil Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by and between Defendant and Cross-Complainant LONGWOOD SAN BENITO LLC ("Longwood"), on the one hand, and Plaintiff and Cross-Defendant DMB ERSB LLC ("DMB ERSB") and Cross-Defendants DMB REALCO, LLC ("DMB Realco"), DMB COMMUNITIES, LLC ("DMB Communities"), and DMB COMMUNITIES II, LLC ("DMB Communities II"), on the other hand, by and through their undersigned counsel, that DMB ERSB's, DMB Realco's, DMB Communities', and DMB Communities II's time to answer, move against, or otherwise respond to Longwood's First Amended Counterclaim (Doc. # 9, filed on Jul. 8, 2009) is hereby extended up to and including **August 14, 2009.**

DATED: July___, 2009            COBLENTZ, PATCH, DUFFY & BASS LLP

                                By: _____
                                Richard R. Patch
                                Courtney Shaw Huizar
                                Attorneys for Plaintiff and Cross-Defendant
                                DMB ERSB LLC
                                and Cross-Defendants
                                DMB REALCO, LLC, DMB
                                COMMUNITIES, LLC, and
                                DMB COMMUNITIES II, LLC

DATED: July 28, 2009            DLA PIPER LLP (US)

                                By: _____
                                William J. Frimel
                                Margaret A. Crawford
                                Attorneys for Defendant and Cross-Complainant
                                LONGWOOD SAN BENITO LLC

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663