RICHARD R. PATCH (State Bar No. 88049)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com

Attorneys for Plaintiff and Cross-Defendant
DMB ERSB LLC
and Cross-Defendants
DMB REALCO, LLC, DMB COMMUNITIES, LLC,
and DMB COMMUNITIES II, LLC



GRANTED
Judge James Ware
11/20/2009

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DMB ERSB LLC, an Arizona limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>LONGWOOD SAN BENITO LLC, a California limited liability company,<br><br>    Defendant.<br><br>and<br><br>EL RANCHO SAN BENITO LLC, a Delaware limited liability company,<br><br>    Nominal Defendant. | Case No. CV 09-02003 JW<br><br>**STIPULATION EXTENDING TIME FOR NOMINAL DEFENDANT EL RANCHO SAN BENITO LLC TO RESPOND TO COMPLAINT**<br><br>**(N.D. CAL. CIV. L.R. 6-1(a))** |
| LONGWOOD SAN BENITO LLC, a California limited liability company,<br><br>    Cross-Complainant,<br><br>v.<br><br>DMB REALCO, LLC, an Arizona limited liability company, DMB COMMUNITIES LLC, an Arizona limited liability company, DMB COMMUNITIES II LLC, an Arizona limited liability company, DMB ERSB LLC, an Arizona limited liability company, and DOES 1-50,<br><br>    Cross-Defendants. | |

13703.003.1267095v1      1

**STIPULATION EXTENDING TIME FOR EL RANCHO SAN BENITO LLC
TO RESPOND TO COMPLAINT**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

## STIPULATION EXTENDING TIME FOR NOMINAL DEFENDANT EL RANCHO SAN BENITO TO RESPOND TO COMPLAINT (N.D. CAL. CIV. L.R. 6-1(a))

Pursuant to the Northern District of California's Civil Local Rule 6-1(a), and without either party admitting that the other is the Managing Member of Nominal Defendant EL RANCHO SAN BENITO LLC ("ERSB"), **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Cross-Defendant DMB ERSB LLC ("DMB ERSB") and Defendant and Cross-Complainant LONGWOOD SAN BENITO LLC ("Longwood"), on behalf of themselves and with respect to their respective positions and interests as the only members in ERSB, and by and through their undersigned counsel, that ERSB's time to answer, move against, or otherwise respond to DMB ERSB's Complaint (filed on May 6, 2009 [Doc. # 1] and served on ERSB on Aug. 21, 2009 [Doc. # 15]) is hereby extended up to and including **December 8, 2009.**

**IT IS SO STIPULATED.**

DATED: November 9, 2009         COBLENTZ, PATCH, DUFFY & BASS LLP

By: */s/ Richard R. Patch*
Richard R. Patch
Attorney for Plaintiff and Cross-Defendant
DMB ERSB LLC
and Cross-Defendants
DMB REALCO, LLC, DMB COMMUNITIES, LLC, and DMB COMMUNITIES II, LLC

DATED: November 9, 2009         DLA PIPER LLP (US)

By: _____
William J. Frimel
Margaret A. Crawford
Attorneys for Defendant and Cross-Complainant
LONGWOOD SAN BENITO LLC