COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1  RICHARD R. PATCH (State Bar No. 88049)
   BRIAN J. SCHMIDT (State Bar No. 265937)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663
   Email:   ef-rrp@cpdb.com
5           ef-bjs@cpdb.com

6  Attorneys for Plaintiff and Cross-Defendant
   DMB ERSB LLC
7  and Cross-Defendants
   DMB REALCO, LLC, DMB COMMUNITIES, LLC,
8  and DMB COMMUNITIES II, LLC

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| 11  DMB ERSB LLC, an Arizona limited liability company, | Case No. CV 09-02003 JW |
| 12           Plaintiff, | **STIPULATION EXTENDING TIME TO COMPLETE MEDIATION AND FOR NOMINAL DEFENDANT EL RANCHO SAN BENITO LLC TO RESPOND TO THE COMPLAINT; [PROPOSED] ORDER** |
| 13       v. | |
| 14  LONGWOOD SAN BENITO LLC, a California limited liability company, | |
| 15           Defendant. | |
| 16       and | |
| 17  EL RANCHO SAN BENITO LLC, a Delaware limited liability company, | |
| 18           Nominal Defendant. | |
| 19 | |
| 20  LONGWOOD SAN BENITO LLC, a California limited liability company, | |
| 21           Cross-Complainant, | |
| 22       v. | |
| 23  DMB REALCO, LLC, an Arizona limited liability company, DMB COMMUNITIES LLC, an Arizona limited liability company, DMB COMMUNITIES II LLC, an Arizona limited liability company, DMB ERSB LLC, an Arizona limited liability company, and DOES 1-50, | |
| 27           Cross-Defendants. | |
| 28 | |

13703.003.1420463v1                              1                               CV 09-02003 JW

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

**STIPULATION**

**WHEREAS** Plaintiff and Cross-Defendant DMB ERSB LLC ("DMB") and Defendant and Cross-Complainant Longwood San Benito LLC ("Longwood") have reached a tentative settlement of this matter and are currently finalizing a Purchase and Sale Agreement that will form the basis of the final settlement; and

**WHEREAS**, in light of the foregoing, the parties believe that there is no present need for mediation or another form of alternative dispute resolution;

**WHEREAS**, in light of the foregoing, the parties also believe that there is no present need to resolve the dispute over who has authority to file an answer on behalf of Nominal Defendant El Rancho San Benito LLC;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between DMB and Longwood that the deadline to complete mediation should be extended by approximately 60 days, from May 19, 2010 to July 16, 2010; and

**IT IS FURTHER STIPULATED AND AGREED** by and between DMB and Longwood that the deadline for El Rancho San Benito LLC to file a response to the complaint should be extended by approximately 60 days, from June 1, 2010 to July 30, 2010.

**IT IS SO STIPULATED.**

DATED: May 6, 2010                COBLENTZ, PATCH, DUFFY & BASS LLP

                                  By:  /s/ Brian J. Schmidt
                                       Brian J. Schmidt
                                       Attorneys for Plaintiff and Cross-Defendant
                                       DMB ERSB LLC
                                       and Cross-Defendants
                                       DMB REALCO, LLC, DMB COMMUNITIES,
                                       LLC, and DMB COMMUNITIES II, LLC

I, Brian J. Schmidt, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. Pursuant to General Order 45, I hereby attest that Margaret A. Crawford has concurred in this filing.

DATED: May 6, 2010                DLA PIPER LLP (US)

                                  By:  /s/ Margaret A. Crawford
                                       Margaret A. Crawford
                                       Attorneys for Defendant and Cross-Complainant
                                       LONGWOOD SAN BENITO LLC

## STIPULATION

**WHEREAS** Plaintiff and Cross-Defendant DMB ERSB LLC ("DMB") and Defendant and Cross-Complainant Longwood San Benito LLC ("Longwood") have reached a tentative settlement of this matter and are currently finalizing a Purchase and Sale Agreement that will form the basis of the final settlement; and

**WHEREAS**, in light of the foregoing, the parties believe that there is no present need for mediation or another form of alternative dispute resolution;

**WHEREAS**, in light of the foregoing, the parties also believe that there is no present need to resolve the dispute over who has authority to file an answer on behalf of Nominal Defendant El Rancho San Benito LLC;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between DMB and Longwood that the deadline to complete mediation should be extended by approximately 60 days, from May 19, 2010 to July 16, 2010; and

**IT IS FURTHER STIPULATED AND AGREED** by and between DMB and Longwood that the deadline for El Rancho San Benito LLC to file a response to the complaint should be extended by approximately 60 days, from June 1, 2010 to July 30, 2010.

**IT IS SO STIPULATED.**

DATED: May _____, 2010                COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Brian J. Schmidt
Attorneys for Plaintiff and Cross-Defendant
DMB ERSB LLC
and Cross-Defendants
DMB REALCO, LLC, DMB COMMUNITIES, LLC, and DMB COMMUNITIES II, LLC

DATED: May __6__, 2010                DLA PIPER LLP (US)

By: _____
Margaret A. Crawford
Attorneys for Defendant and Cross-Complainant
LONGWOOD SAN BENITO LLC

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation:

1. The deadline for the parties to complete mediation is hereby extended to July 16, 2010.

2. The deadline for Nominal Defendant El Rancho San Benito LLC to respond to the complaint is hereby extended to July 30, 2010.

IT IS SO ORDERED.

Dated:   May 10, 2010

_____
James Ware
United States District Judge

13703.003.1420463v1   3   CV 09-02003 JW

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**