*IT IS SO ORDERED*
*Judge James Ware*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DMB ERSB LLC, an Arizona limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>LONGWOOD SAN BENITO LLC, a California limited liability company,<br><br>    Defendant.<br><br>    and<br><br>EL RANCHO SAN BENITO LLC, a Delaware limited liability company,<br><br>    Nominal Defendant. | Case No. CV 09-02003 JW<br><br>**ORDER CONTINUING CONFERENCE RE: STATUS OF SETTLEMENT** |
| LONGWOOD SAN BENITO LLC, a California limited liability company,<br><br>    Cross-Complainant,<br><br>    v.<br><br>DMB REALCO, LLC, an Arizona limited liability company, DMB COMMUNITIES LLC, an Arizona limited liability company, DMB COMMUNITIES II LLC, an Arizona limited liability company, DMB ERSB LLC, an Arizona limited liability company, and DOES 1-50,<br><br>    Cross-Defendants. | |

| | |
|---|---|
| 1 | This case is currently set for a Status Conference re: Settlement on August 30, 2010. |
| 2 | Based upon the parties' representation, the Court continues the Conference to **September 13,** |
| 3 | **2010 at 10 a.m.** to provide the parties additional time to reduce their settlement to a writing and |
| 4 | file the appropriate Stipulated Dismissal. |
| 5 | On or before **September 3, 2010**, the parties shall either file a Joint Status Report or |
| 6 | the Stipulated Dismissal to bring this case to a close. |

Date:  August 25, 2010           _____
                                                  JAMES WARE
                                                  United States District Judge