1  RICHARD R. PATCH (State Bar No. 88049)
   BRIAN J. SCHMIDT (State Bar No. 265937)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California  94111-4213
   Telephone:  415.391.4800
4  Facsimile:  415.989.1663
   Email:    ef-rrp@cpdb.com
5             ef-bjs@cpdb.com

6  Attorneys for Plaintiff and Cross-Defendant
   DMB ERSB LLC and Cross-Defendants
7  DMB REALCO, LLC, DMB COMMUNITIES,
   LLC, and DMB COMMUNITIES II, LLC

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| 11  DMB ERSB LLC, an Arizona limited liability company, | Case No. CV 09-02003 JW |
| 12              Plaintiff, | |
| 13       v. | **STIPULATION AND [PROPOSED]** **ORDER DISMISSING ALL CLAIMS** **WITH PREJUDICE** |
| 14  LONGWOOD SAN BENITO LLC, a California limited liability company, | |
| 15              Defendant. | |
| 16        and | |
| 17  EL RANCHO SAN BENITO LLC, a Delaware limited liability company, | |
| 18              Nominal Defendant. | |
| 19  LONGWOOD SAN BENITO LLC, a | |
| 20  California limited liability company, | |
| 21              Cross-Complainant, | |
| 22       v. | |
| 23  DMB REALCO, LLC, an Arizona limited liability company, DMB COMMUNITIES LLC, an Arizona limited liability company, DMB COMMUNITIES II LLC, an Arizona limited liability company, DMB ERSB LLC, an Arizona limited liability company, and DOES 1-50, | |
| 24 | |
| 25 | |
| 26              Cross-Defendants. | |
| 27 | |
| 28 | |

*Sidebar (vertical):* COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA  94111-4213
415.391.4800 · FAX 415.989.1663

**STIPULATION**

The Parties having executed a settlement agreement resolving all claims in this action, IT IS HEREBY STIPULATED AND AGREED that:

1.   Plaintiff and Cross-Defendant DMB ERSB LLC voluntarily dismisses all of its claims with prejudice.

2.   Defendant and Cross-Complainant Longwood San Benito LLC voluntarily dismisses all of its claims with prejudice.

3.   Each party shall bear its own attorneys' fees and costs.

DATED: August 27, 2010              COBLENTZ, PATCH, DUFFY & BASS LLP

I, Brian J. Schmidt, am the ECF User         By:   /s/ Brian J. Schmidt
whose ID and password are being used              Brian J. Schmidt
to file this stipulation of dismissal.            Attorneys for Plaintiff and Cross-Defendant
Pursuant to General Order 45, I hereby            DMB ERSB LLC and Cross-Defendants
attest that Matthew S. Covington has              DMB REALCO, LLC, DMB COMMUNITIES,
concurred in this filing.                         LLC, and DMB COMMUNITIES II, LLC

DATED: August 27, 2010              DLA PIPER LLP (US)


                                    By:   /s/ Matthew S. Covington
                                          Matthew S. Covington
                                          Attorneys for Defendant and Cross-Complainant
                                          LONGWOOD SAN BENITO LLC

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

**STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1.     The claims of Plaintiff and Cross-Defendant DMB ERSB LLC are dismissed with prejudice.

2.     The claims of Defendant and Cross-Complainant Longwood San Benito LLC are dismissed with prejudice.

3.     Each party shall bear its own attorneys' fees and costs.

4.     This order resolves all outstanding claims in this action. The Clerk shall close this file.

Dated:   September 2,       , 2010                    _____
                                                      JAMES WARE
                                                      United States District Judge

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA  94111-4213
415.391.4800 · FAX 415.989.1663

**STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**